# United States District Court
# District of Maryland

UNITED STATES OF AMERICA

v.

JAIMEL F. PEACE

**WARRANT FOR ARREST**

**FILED** NOV 06 2007
NANCY MAYER WHITTINGTON, CLERK
US DISTRICT COURT

07-535-M-01
Case No.: 05-744M

RECEIVED
U.S. MARSHAL
BALTIMORE MD

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _JAIMEL F. PEACE_ and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Oral Order of Court  ☐ Violation Notice  ☐ Probation Violation

charging him/her with (brief description of offense): **FAILURE TO APPEAR FOR VIOLATION OF PROBATION HEARING ON 9/19/07**

Felicia C. Cannon
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Patricia K. Fosbrook
(By) Deputy Clerk

September 20, 2007 Greenbelt, Maryland
Date and Location

Bail fixed at $ NO BOND - MUST APPEAR

by _[signature]_
THOMAS M. DIGIROLAMO
United States Magistrate Judge

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 11-6-07 | [signature] DUSM | [signature] |
| Date of Arrest | | |

U.S. DISTRICT COURT (Rev. 12/98)

PROB 12
(Rev. 1-85)

# United States District Court
## for the
### DISTRICT OF MARYLAND

**FILED**

NOV 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07-535-M-01

U.S.A. vs. Jaimel F. Peace

Docket No.: 8:05-00744A

Petition on Probation

COMES NOW Leticia Trevino PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Jaimel F. Peace** who was placed on supervision for, a **Class A misdemeanor\***, by the Honorable **Thomas M. DiGirolamo, U.S. Magistrate Judge**, sitting in the court at **Greenbelt, Maryland**, on the 4th day of May, 2005 who fixed the period of supervision at 30 months, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

1) Substance abuse treatment and testing
2) MADD/VIP
3) Driving restrictions
4) Community service, 100 hours
5) $10 special assessment

\* Pursuant to U.S.C. §, the maximum penalty for the offense of conviction is 6 months.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here, if lengthy write on separate sheet and attach)

WHEREAS:    On 06/04/06, Mr. Peace committed a crime in that he was charged with Possession with the Intent to Distribute Cocaine and Possession with the Intent to Distribute Marijuana, and 04/04/07, Mr. Peace was convicted of these charges, in violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime.

PRAYING THAT THE COURT WILL ORDER a warrant be issued and lodged as a detainer for the arrest of Jaimel F. Peace for alleged violations of probation.

ORDER OF COURT

Considered and ordered this 2nd day of May, 20__ and ordered filed and made a part of the records in the above case.

_____
Thomas M. DiGirolamo
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Leticia Trevino, Senior U.S. Probation Officer

Place  Greenbelt, Maryland

Date   May 14, 2007

U.S. Probation and Pretrial Services
# MEMORANDUM

07-535-M-01

DATE:       May 14, 2007

TO:         The Honorable Thomas M. DiGirolamo
            U.S. Magistrate Judge

FROM:       Leticia Trevino
            Senior U.S. Probation Officer

RE:         PEACE, Jaimel F.
            Docket No.: 8:05-00744A
            Exp. Date: 11/03/2007

SUBJ:       Notice of Violation - Warrant Requested

**Sentencing Information:**
On May 4, 2005, Jaimel F. Peace appeared before Your Honor for sentencing subsequent to conviction for the offense of Driving Under the Influence of Alcohol. He was placed on probation for a period of 30 months, with the following conditions imposed:
1) Substance abuse treatment and testing
2) MADD/VIP
3) Driving restrictions
4) Community service, 100 hours
5) $10 special assessment

**Adjustment to Supervision/Violations Alleged:**
While under supervision, his adjustment has been poor. He failed to complete the 100 hours of community service. He traveled to North Carolina without permission. He failed to provide proof of employment. He failed to attend MADD/VIP. We informed the court of these violations and requested that a violation hearing be held. Your Honor concurred with our request and ordered that a hearing be held on 12/12/05. Mr. Peace failed to appear and a bench warrant was issued.

On 11/28/06, Mr. Peace turned himself in on the bench warrant noted above. He was released pending the violation hearing which was scheduled for 01/17/07. On 03/17/07, his attorney failed to appear so we rescheduled the hearing for 03/07/07. Due to personal reasons, we asked that the hearing be re-scheduled until June 6, 2007.

We regret to inform you that Mr. Peace has incurred a new conviction. Specifically, on April 4, 2007, he was convicted of Possession with the Intent to Distribute Cocaine and Possession with the Intent to Distribute Marijuana, in the District Court for the Commonwealth of Virginia, Hanover County. He was detained until sentencing which is scheduled for June 18, 2007. Attached, please find court documents.

PEACE, Jaimel F.
Violation Report
Page 2

Based on the above, this officer alleges the following violations of supervision

1. On 06/04/06, Mr. Peace committed a crime in that he was charged with Possession with the Intent to Distribute Cocaine and Possession with the Intent to Distribute Marijuana, and 04/04/07, Mr. Peace was convicted of these charges, in violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime.

Recommendation:
Based on the violations stated above, this officer respectfully recommends a warrant be issued and lodged as a detainer, for the arrest of Jaimel F. Peace for alleged violations of probation release

I have attached a Form 12 for the Court to execute, should Your Honor concur

Should Your Honor have any questions or concerns, this officer is available at (301) 344-3874.

Mr. Peace is detained at Department of Corrections Jail, Hanover, VA 23069

Mr. Peace was represented at sentencing by Mark Chandlee 4309 Northview Drive., Bowie, MD 20716. Phone: 301 262-7500.

The Government was represented at sentencing by Hollis Weisman, U.S. Courthouse, Suite 400, 6500 Cherrywood Lane, Greenbelt, Maryland 20770

Attachment