AO 94 (Rev. 8/85) Commitment to Another District

*※ Forthwith*

# United States District Court

**FILED**
**NOV 0 6 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

__for the__ DISTRICT OF __Columbia__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>*Jaimel F. Peace* | **COMMITMENT TO ANOTHER DISTRICT**<br><br>CASE NUMBER: *07-535M-01* |

The defendant is charged with a violation of _____ U.S.C. _____ alleged to have been committed in the _____ District of *Maryland, Greenbelt*

Brief Description of Charge(s):




The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

__November 6, 2007__                    _____
Date                                                       Judicial Officer

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

(N)