*Return Copy*

Rev 1/07

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 1 5 2007

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
;Y_____DEPU

Date: 11/12/07

Address of Other Court: USDC District of Maryland
Greenbelt Division
Criminal Division
6500 Cherrywood Lane
Greenbelt, MD 20770

**FILED**

**NOV 2 0 2007**

Clerk, U.S. District and
Bankruptcy Courts

RE: CR 07-mj-535, *USA v. Jaimel F. Pearce*

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☑ | Warrant of Removal |
| ☑ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Blotter filed on 11/06/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk